UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LAURA BRANSKI,**

    Plaintiff,

Case No. 20-CV-428

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner for Social Security,**

    Defendant.

## ORDER

Based on the stipulation of the parties (Docket # 21) and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $3,978.85 (three thousand nine hundred seventy-eight dollars and eighty-five cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not her attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated at Milwaukee, Wisconsin this 21st day of October, 2021.

BY THE COURT:

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge

2